Michael R. Mushkin, NV Bar No. 2421
L. Joe Coppedge NVBar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89119
Telephone: 702-386-3999
Facsimile: 702-454-3333
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

Cabrach J. Connor (*pro hac vice*)
Jennifer Tatum Lee (*pro hac vice*)
John M. Shumaker (*pro hac vice*)
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
Telephone: 512-646-2060
Facsimile: 888- 387-1134
Cab@CLandS.com
Jennifer@CLandS.com
John@CLandS.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FORTUNA IP, LLC, a Texas limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>FERTITTA ENTERTAINMENT, LLC, a Nevada limited liability Company, GN NV HOLDINGS, LLC, a Nevada limited liability company, GOLDEN LANDRY'S, LLC, a Texas limited liability company (GOLDEN NUGGET LAKE TAHOE HOTEL AND CASINO), GNLV, LLC D/B/A GOLDEN NUGGET LAS VEGAS HOTEL & CASINO, a Nevada limited liability company, AND GNL, LLC D/B/A GOLDEN NUGGET LAUGHLIN HOTEL & CASINO, a Nevada limited liability company,<br><br>Defendants. | 2:25-CV-01758-APG-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

-1-

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
**(First Request)**

IT IS HEREBY STIPULATED between Plaintiff Fortuna IP, LLC and Defendants Fertitta Entertainment, LLC, GN NV Holdings, LLC, Golden Landry's, LLC, GNLV, LLC d/b/a Golden Nugget Las Vegas Hotel & Casino, GNL, LLC d/b/a Golden Nugget Laughlin Hotel & Casino, and Golden Nugget Lake Tahoe Hotel & Casino (collectively, "Defendants"), by and through their undersigned counsel of record, to extend the time for Defendants to respond to the Complaint.

The Complaint was filed on September 17, 2025. Defendants were served on September 29, 2025, with the response due on October 20, 2025 [ECF 21, 22, 23, 24, and 25]. Counsel for defendant requires additional time to retain local counsel and the parties have agreed to an extension to respond to the Complaint. Therefore, Defendants shall have until November 19, 2025, to respond to the Complaint.

/ / /

/ / /

/ / /

-2-

This is the first stipulation for extension of time to respond to the Complaint, and the extension is sought to allow Defendants sufficient time to analyze Plaintiff's Complaint and obtain local counsel, not for the purpose of improper delay.

**IT IS SO STIPULATED AND AGREED.**

Dated:  October 20, 2025

By */s/ Michael R. Mushkin*

Michael R. Mushkin, NV Bar No. 2421
L. Joe Coppedge NVBar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89119
Telephone: 702-386-3999
Facsimile: 702-454-3333
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

Cabrach J. Connor (*pro hac vice*)
Jennifer Tatum Lee (*pro hac vice*)
John M. Shumaker (*pro hac vice*)
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
Telephone: 512-646-2060
Facsimile: 888- 387-1134
Cab@CLandS.com
Jennifer@CLandS.com
John@CLandS.com

ATTORNEYS FOR PLAINTIFF
FORTUNA IP, LLC

By */s/ Lance E. Wyatt, Jr.*

Lance E. Wyatt, Jr.
(*pro hac vice* application to be filed)
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX  75201
Tel.  214.747.5070
Fax:  214.747.2091
wyatt@fr.com

ATTORNEYS FOR DEFENDANT FERTITTA ENTERTAINMENT, LLC, GN NV HOLDINGS, LLC, GOLDEN LANDRY'S, LLC, GNLV, LLC D/B/A GOLDEN NUGGET LAS VEGAS HOTEL & CASINO, GNL, LLC D/B/A GOLDEN NUGGET LAUGHLIN HOTEL & CASINO, AND GOLDEN NUGGET LAKE TAHOE HOTEL & CASINO

**ORDER**

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2025

-3-