1  Michael R. Mushkin, NV Bar No. 2421
   L. Joe Coppedge NVBar No. 4954
2  **MUSHKIN & COPPEDGE**
   6070 S. Eastern Avenue, Suite 270
3  Las Vegas, Nevada 89119
   Telephone: 702-386-3999
4  Facsimile: 702-454-3333
   michael@mccnvlaw.com
5  jcoppedge@mccnvlaw.com

6  Cabrach J. Connor (*pro hac vice*)
   Jennifer Tatum Lee (*pro hac vice*)
7  John M. Shumaker (*pro hac vice*)
   **CONNOR LEE & SHUMAKER PLLC**
8  609 Castle Ridge Road, Suite 450
   Austin, Texas 78746
9  Telephone: 512-646-2060
   Facsimile: 888- 387-1134
10 Cab@CLandS.com
   Jennifer@CLandS.com
11 John@CLandS.com

12 Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FORTUNA IP, LLC, a Texas limited-liability company, | |
| Plaintiff, | 2:25-CV-01758-APG-MDC |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| FERTITTA ENTERTAINMENT, LLC, a Nevada limited liability Company, GN NV HOLDINGS, LLC, a Nevada limited liability company, GOLDEN LANDRY'S, LLC, a Texas limited liability company (GOLDEN NUGGET LAKE TAHOE HOTEL AND CASINO), GNLV, LLC D/B/A GOLDEN NUGGET LAS VEGAS HOTEL & CASINO, a Nevada limited liability company, AND GNL, LLC D/B/A GOLDEN NUGGET LAUGHLIN HOTEL & CASINO, a Nevada limited liability company, | **(Second Request)** |
| Defendants. | |

-1-

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
**(Second Request)**

IT IS HEREBY STIPULATED between Plaintiff Fortuna IP, LLC and Defendants Fertitta Entertainment, LLC, GN NV Holdings, LLC, Golden Landry's, LLC, GNLV, LLC d/b/a Golden Nugget Las Vegas Hotel & Casino, GNL, LLC d/b/a Golden Nugget Laughlin Hotel & Casino, and Golden Nugget Lake Tahoe Hotel & Casino (collectively, "Defendants"), by and through their undersigned counsel of record, to extend the time for Defendants to respond to the Complaint.

The Complaint was filed on September 17, 2025. Defendants were served on September 29, 2025, with the response due on October 20, 2025 [ECF 21, 22, 23, 24, and 25]. The response deadline was extended to November 19, 2025 [ECF 26 and 27]. The parties are presently engaged in discussions regarding a potential early resolution. Accordingly, the parties have agreed to a second extension to respond to the Complaint. Therefore, Defendants shall have until December 19, 2025, to respond to the Complaint.

/ / /

/ / /

/ / /

This is the second stipulation for extension of time to respond to the Complaint, and the extension is sought to allow the parties to continue discussions regarding a potential early resolution and is not for the purpose of improper delay.

**IT IS SO STIPULATED AND AGREED.**

Dated:  November 19, 2025

By /s/ Michael R. Mushkin

Michael R. Mushkin, NV Bar No. 2421
L. Joe Coppedge NVBar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89119
Telephone: 702-386-3999
Facsimile: 702-454-3333
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

Cabrach J. Connor (*pro hac vice*)
Jennifer Tatum Lee (*pro hac vice*)
John M. Shumaker (*pro hac vice*)
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
Telephone: 512-646-2060
Facsimile: 888- 387-1134
Cab@CLandS.com
Jennifer@CLandS.com
John@CLandS.com

ATTORNEYS FOR PLAINTIFF
FORTUNA IP, LLC

By /s/ Lance E. Wyatt, Jr.

Lance E. Wyatt, Jr.
(*pro hac vice* application to be filed)
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX  75201
Tel.  214.747.5070
Fax:  214.747.2091
wyatt@fr.com

ATTORNEYS FOR DEFENDANT
FERTITTA ENTERTAINMENT, LLC, GN NV HOLDINGS, LLC, GOLDEN LANDRY'S, LLC, GNLV, LLC D/B/A GOLDEN NUGGET LAS VEGAS HOTEL & CASINO, GNL, LLC D/B/A GOLDEN NUGGET LAUGHLIN HOTEL & CASINO, AND GOLDEN NUGGET LAKE TAHOE HOTEL & CASINO

**ORDER**

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: November 19, 2025

-3-