Michael R. Mushkin, NV Bar No. 2421
L. Joe Coppedge NV Bar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89119
Telephone: 702-386-3999
Facsimile: 702-454-3333
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

Cabrach J. Connor (*pro hac vice*)
Jennifer Tatum Lee (*pro hac vice*)
John M. Shumaker (*pro hac vice*)
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
Telephone: 512-646-2060
Facsimile: 888- 387-1134
Cab@CLandS.com
Jennifer@CLandS.com
John@CLandS.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FORTUNA IP, LLC, a Texas limited-liability company;<br><br>Plaintiff,<br><br>vs.<br><br>FERTITTA ENTERTAINMENT, LLC, a Nevada limited liability Company, GN NV HOLDINGS, LLC, a Nevada limited liability company, GOLDEN LANDRY'S, LLC, a Texas limited liability company, GNLV, LLC D/B/A GOLDEN NUGGET LAS VEGAS HOTEL & CASINO, a Nevada limited liability company, GNL, LLC D/B/A GOLDEN NUGGET LAUGHLIN HOTEL & CASINO, AND GOLDEN NUGGET LAKE TAHOE HOTEL AND CASINO, a Nevada limited liability company;<br><br>Defendants. | Case No.: 2:25-CV-01758-APG-MDC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STAY DISCOVERY PENDING RULINGS ON MOTION TO DISMISS**<br><br>**(First Request)** |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STAY DISCOVERY PENDING RULINGS ON MOTION TO DISMISS**
**(First Request)**

IT IS HEREBY STIPULATED between Plaintiff Fortuna IP, LLC and Defendants Fertitta Entertainment, LLC, GN NV Holdings, LLC, Golden Landry's, LLC, GNLV, LLC d/b/a Golden Nugget Las Vegas Hotel & Casino, GNL, LLC d/b/a Golden Nugget Laughlin Hotel & Casino, and Golden Nugget Lake Tahoe Hotel & Casino (collectively, "Defendants"), by and through their undersigned counsel of record, to extend the time for Plaintiff to respond to Defendants' Motion to Dismiss and Motion to Stay Discovery Pending Rulings on Motion to Dismiss.

The Motion to Dismiss and Motion to Stay Discovery Pending Rulings on Motion to Dismiss were filed on December 19, 2025, with the response due on January 2, 2026. Counsel for Plaintiff requires additional time to respond due to conflicts with the Christmas and New Year's holidays and pretrial deadlines in a case set for trial in February. The parties have agreed to an extension to respond to the Motion to Stay Discovery until January 20, 2026 and respond to the Motion to Dismiss until February 3, 2026. Therefore, Plaintiff shall have until January 20, 2026, to respond to the Motion to Stay Discovery and February 3, 3036 to respond to the Motion to Dismiss.

/ / /

/ / /

/ / /

This is the first stipulation for extension of time to respond to the Motion to Dismiss and Motion to Stay Discovery, and the extension is sought to allow Plaintiff sufficient time to respond, not for the purpose of improper delay.

**IT IS SO STIPULATED AND AGREED.**

Dated:  December 30, 2025

By: /s/Michael R. Mushkin
　　Michael R. Mushkin, NV Bar No. 2421
　　L. Joe Coppedge NV Bar No. 4954
　　**MUSHKIN & COPPEDGE**
　　6070 S. Eastern Avenue, Suite 270
　　Las Vegas, Nevada 89119

　　Cabrach J. Connor (pro hac vice)
　　Jennifer Tatum Lee (pro hac vice)
　　John M. Shumaker (pro hac vice)
　　**CONNOR LEE & SHUMAKER PLLC**
　　609 Castle Ridge Road, Suite 450
　　Austin, Texas 78746

　　*Attorneys For Plaintiff*

Dated:  December 30, 2025

By: /s/Lyssa S. Anderson
　　Lyssa S. Anderson NV Bar No. 5781
　　Kristopher J. Kalkowski NV Bar 14892
　　**KAEMPFER CROWELL**
　　1980 Festival Plaza Drive, Suite 650
　　Las Vegas, Nevada 89135

　　Lance E. Wyatt, Jr.
　　(pro hac vice application filed)
　　David B. Conrad
　　(pro hac vice application filed)
　　Rodeen Talebi
　　(pro hac vice application forthcoming)
　　Brandon Avers
　　(pro hac vice application forthcoming)
　　FISH & RICHARDSON P.C.
　　1717 Main Street, Suite 5000
　　Dallas, TX  75201

　　Ruffin B. Cordell
　　(pro hac vice application forthcoming)
　　FISH & RICHARDSON P.C.
　　1000 Maine Avenue SW, Suite 1000
　　Washington, D.C. 20024

　　Shelby E. Farrand
　　(pro hac vice application forthcoming)
　　FISH & RICHARDSON P.C.
　　909 Fannin Street, Suite 2100
　　Houston, TX 77010

　　*Attorneys For Defendants*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  January 1, 2026