LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Fax:          (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

LANCE E. WYATT, JR.                    RUFFIN B. CORDELL
*Pro Hac Vice*                          *Pro Hac Vice application forthcoming*
DAVID B. CONRAD                        FISH & RICHARDSON P.C.
*Pro Hac Vice*                          1000 Maine Avenue SW, Suite 1000
RODEEN TALEBI                          Washington, D.C. 20024
*Pro Hac Vice*                          Telephone:  (202) 783-5070
BRANDON AVERS                          cordell@fr.com
*Pro Hac Vice*
FISH & RICHARDSON P.C.                 SHELBY E. FARRAND
1717 Main Street, Suite 5000          *Pro Hac Vice application forthcoming*
Dallas, TX 75201                       FISH & RICHARDSON P.C.
Telephone:  (214) 747-5070            909 Fannin Street, Suite 2100
wyatt@fr.com                           Houston, TX 77010
conrad@fr.com                          Telephone:  (713) 654-5300
talebi@fr.com                          farrand@fr.com
avers@fr.com

*Attorneys for Defendants Fertitta Entertainment, LLC; GN NV Holdings, LLC; Golden Landry's, LLC; Golden Nugget Lake Tahoe Hotel and Casino; GNLV, LLC; and GNL, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FORTUNA IP, LLC, a Texas limited-liability company,<br><br>                 Plaintiffs,<br>vs.<br><br>FERTITTA ENTERTAINMENT, LLC, a Nevada limited liability Company, et al.,<br><br>                 Defendants. | Case No.:   2:25-cv-01758-APG-MDC<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br>**(Second Request)** |

Defendants Fertitta Entertainment, LLC, GN NV Holdings, LLC, Golden Landry's, LLC,

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

22293.1

Page 1 of 2

Golden Nugget Lake Tahoe Hotel and Casino, GNLV, LLC, and GNL, LLC, along with Plaintiff Fortuna IP, LLC stipulate and agree to extend the deadline for Defendants to respond to Plaintiff's First Amended Complaint, (ECF No. 56), by fourteen days. The current deadline for Defendants to file a response to the First Amended Complaint is March 10, 2026. The extended deadline will be March 24, 2026. This is the second stipulation for an extension regarding this deadline. The minimal extension arises in accord with District of Nevada Local Rule IA 6-1. Good cause supports a second extension based upon the complexity of this patent matter. Defendants' counsel requires additional time to review all new allegations in the First Amended Complaint and draft either an Answer or renewed Motion to Dismiss.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| Dated: March 9, 2026<br>**KAEMPFER CROWELL** | Dated March 9, 2026<br>**MUSHKIN & COPPEDGE** |
| */s/ Lyssa Anderson*<br>LYSSA S. ANDERSON<br>KRISTOPHER J. KALKOWSKI<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 | */s/ Joe Coppedge*<br>L. JOE COPPEDGE<br>MICHAEL R. MUSHKIN<br>6070 S. Eastern Ave., Suite 270<br>Las Vegas, NV 89119 |
| **FISH & RICHARDSON P.C.**<br>LANCE E. WYATT, JR., *Pro Hac Vice*<br>DAVID B. CONRAD, *Pro Hac Vice*<br>RODEEN TALEBI, *Pro Hac Vice*<br>BRANDON AVERS, *Pro Hac Vice*<br>RUFFIN B. CORDELL, *Pro Hac Vice*<br>*application forthcoming*<br>SHELBY E. FARRAND, *Pro Hac Vice*<br>*application forthcoming*<br>**Attorneys for Defendants** | **CONNOR LEE & SHUMAKER PLLC**<br>CABRACH JOHN CONNOR<br>JENNIFER TATUM LEE<br>JOHN SHUMAKER<br>609 Castle Ridge Road, Suite 450<br>Austin, TX 78746<br>**Counsel for Plaintiff** |

**ORDER**

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: March __10th__ , 2026

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

22293.1

Page 2 of 2