Michael R. Mushkin, NV Bar No. 2421
L. Joe Coppedge NV Bar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89119
Telephone: 702-386-3999
Facsimile: 702-454-3333
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

Cabrach J. Connor (*pro hac vice*)
Jennifer Tatum Lee (*pro hac vice*)
John M. Shumaker (*pro hac vice*)
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
Telephone: 512-646-2060
Facsimile: 888- 387-1134
Cab@CLandS.com
Jennifer@CLandS.com
John@CLandS.com

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| FORTUNA IP, LLC, a Texas limited-liability company; | Case No.:  2:25-CV-01758-APG-MDC |
| Plaintiff, | |
| vs. | |
| FERTITTA ENTERTAINMENT, LLC, a Nevada limited liability Company, GN NV HOLDINGS, LLC, a Nevada limited liability company, GOLDEN LANDRY'S, LLC, a Texas limited liability company, GNLV, LLC D/B/A GOLDEN NUGGET LAS VEGAS HOTEL & CASINO, a Nevada limited liability company, GNL, LLC D/B/A GOLDEN NUGGET LAUGHLIN HOTEL & CASINO, AND GOLDEN NUGGET LAKE TAHOE HOTEL AND CASINO, a Nevada limited liability company; | **STIPULATION AND ORDER FOR EXTENSION OF BRIEFING SCHEDULE REGARDING DEFENDANTS' RENEWED MOTION TO DISMISS AND RENEWED MOTION TO STAY DISCOVERY PENDING RULINGS ON MOTION TO DISMISS**<br><br>**(First Request)** |
| Defendants. | |

Page 1 of 3

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF BRIEFING SCHEDULE REGARDING DEFENDANTS' RENEWED MOTION TO DISMISS AND RENEWED MOTION TO STAY DISCOVERY PENDING RULINGS ON MOTION TO DISMISS**
**(First Request)**

IT IS HEREBY STIPULATED between Plaintiff Fortuna IP, LLC and Defendants Fertitta Entertainment, LLC, GN NV Holdings, LLC, Golden Landry's, LLC, GNLV, LLC d/b/a Golden Nugget Las Vegas Hotel & Casino, GNL, LLC d/b/a Golden Nugget Laughlin Hotel & Casino, and Golden Nugget Lake Tahoe Hotel & Casino (collectively, "Defendants"), by and through their undersigned counsel of record, to extend the briefing schedule regarding Defendants' Renewed Motion to Dismiss (ECF No. 65) and Defendants' Renewed Motion to Stay Discovery Pending Rulings on Motion to Dismiss (ECF No. 66).

In support of this stipulation, undersigned counsel for Plaintiff states that additional time is required to address the issues raised in Defendants' motions, including the patent-eligibility issues and the arguments presented therein. As a result, the parties have agreed to extend the deadlines for Plaintiff's responses. This is the first request for an extension of this briefing schedule, and the request is made in good faith and not for the purpose of delay.

IT IS HEREBY STIPULATED that the deadline for Plaintiff to file its response to Defendants' Renewed Motion to Stay Discovery Pending Rulings on Motion to Dismiss (ECF No. 66), currently due on April 7, 2026, shall be extended by fourteen (14) days, up to and including April 21, 2026.

IT IS FURTHER STIPULATED that the deadline for Plaintiff to file its response to Defendants' Renewed Motion to Dismiss (ECF No. 65), currently due on April 7, 2026, shall be extended by twenty-one (21) days, up to and including April 28, 2026.

///

///

///

///

///

**IT IS SO STIPULATED AND AGREED.**

Dated: April 6, 2026                                    Dated: April 6, 2026

By: /s/Michael R. Mushkin                         By: /s/Kristopher J. Kalkowski

Michael R. Mushkin, NV Bar No. 2421          Lyssa S. Anderson NV Bar No. 5781
L. Joe Coppedge NV Bar No. 4954               Kristopher J. Kalkowski NV Bar 14892
**MUSHKIN & COPPEDGE**                         **KAEMPFER CROWELL**
6070 S. Eastern Avenue, Suite 270             1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89119                       Las Vegas, Nevada 89135

Cabrach J. Connor (pro hac vice)              Lance E. Wyatt, Jr. (pro hac vice)
Jennifer Tatum Lee (pro hac vice)             David B. Conrad (pro hac vice)
John M. Shumaker (pro hac vice)               Rodeen Talebi (pro hac vice)
**CONNOR LEE & SHUMAKER PLLC**                 Brandon Avers (pro hac vice)
609 Castle Ridge Road, Suite 450              FISH & RICHARDSON P.C.
Austin, Texas 78746                           1717 Main Street, Suite 5000
                                              Dallas, TX 75201
*Attorneys For Plaintiff*
                                              Ruffin B. Cordell
                                              (pro hac vice application forthcoming)
                                              FISH & RICHARDSON P.C.
                                              1000 Maine Avenue SW, Suite 1000
                                              Washington, D.C. 20024

                                              Shelby E. Farrand
                                              (pro hac vice application forthcoming)
                                              FISH & RICHARDSON P.C.
                                              909 Fannin Street, Suite 2100
                                              Houston, TX 77010

                                              *Attorneys For Defendants*

**ORDER**

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: April 15, 2026

Page 3 of 3