LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

LANCE E. WYATT, JR.
*Pro Hac Vice*
DAVID B. CONRAD
*Pro Hac Vice*
RODEEN TALEBI
*Pro Hac Vice*
BRANDON AVERS
*Pro Hac Vice*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone:   (214) 747-5070
wyatt@fr.com
conrad@fr.com
talebi@fr.com
avers@fr.com

RUFFIN B. CORDELL
*Pro Hac Vice application forthcoming*
FISH & RICHARDSON P.C.
1000 Maine Avenue SW, Suite 1000
Washington, D.C. 20024
Telephone:   (202) 783-5070
cordell@fr.com

SHELBY E. FARRAND
*Pro Hac Vice application forthcoming*
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone:   (713) 654-5300
farrand@fr.com

***Attorneys for Defendants***
***Fertitta Entertainment, LLC; GN NV Holdings, LLC;***
***Golden Landry's, LLC; Golden Nugget Lake Tahoe Hotel***
***and Casino; GNLV, LLC; and GNL, LLC***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FORTUNA IP, LLC, a Texas limited-liability company,<br><br>                    Plaintiffs,<br><br>vs.<br><br>FERTITTA ENTERTAINMENT, LLC, a Nevada limited liability Company, et al.,<br><br>                    Defendants. | Case No.:   2:25-cv-01758-APG-MDC<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE A REPLY IN SUPPORT OF RENEWED MOTION TO STAY DISCOVERY PENDING RULINGS ON MOTION TO DISMISS**<br>**(First Request)** |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

22293.1

Page 1 of 2

Defendants Fertitta Entertainment, LLC, GN NV Holdings, LLC, Golden Landry's, LLC, Golden Nugget Lake Tahoe Hotel and Casino, GNLV, LLC, and GNL, LLC, along with Plaintiff Fortuna IP, LLC stipulate and agree to extend the deadline for Defendants to file a Reply in support of the Renewed Motion to Stay Discovery Pending Rulings on Motion to Dismiss, (ECF No. 66), by seven days. The current deadline to file a Reply is April 28, 2026. The extended deadline will be May 5, 2026. This is the first extension request for the deadline to file a Reply. This minimal extension arises in accord with District of Nevada Local Rule IA 6-1. Good cause supports the extension based on Defendants' counsel requiring additional time to prepare thorough briefing. The extension is sought in good faith and not for purposes of delay.

| | |
|---|---|
| **KAEMPFER CROWELL** | **MUSHKIN & COPPEDGE** |
| /s/ Kristopher J. Kalkowski | /s/ L. Joe Coppedge |
| LYSSA S. ANDERSON | L. JOE COPPEDGE |
| KRISTOPHER J. KALKOWSKI | MICHAEL R. MUSHKIN |
| 1980 Festival Plaza Drive, Suite 650 | 6070 S. Eastern Ave., Suite 270 |
| Las Vegas, Nevada 89135 | Las Vegas, NV 89119 |
| | Phone: 702–454–3333 |
| **FISH & RICHARDSON P.C.** | Fax: 702–386–4979 |
| LANCE E. WYATT, JR., *Pro Hac Vice* | |
| DAVID B. CONRAD, *Pro Hac Vice* | **CONNOR LEE & SHUMAKER PLLC** |
| RODEEN TALEBI, *Pro Hac Vice* | CABRACH JOHN CONNOR |
| BRANDON AVERS, *Pro Hac Vice* | JENNIFER TATUM LEE |
| RUFFIN B. CORDELL, *Pro Hac Vice* | JOHN SHUMAKER |
| *application forthcoming* | 609 Castle Ridge Road, Suite 450 |
| SHELBY E. FARRAND, *Pro Hac Vice* | Austin, TX 78746 |
| *application forthcoming* | Phone: 512–767–8341 |
| **Attorneys for Defendants** | Fax: 888–387–1134 |
| | **Counsel for Plaintiff** |

## ORDER

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: April __30__, 2026

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

22293.1

Page 2 of 2