LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

LANCE E. WYATT, JR.
*Pro Hac Vice*
DAVID B. CONRAD
*Pro Hac Vice*
RODEEN TALEBI
*Pro Hac Vice*
BRANDON AVERS
*Pro Hac Vice*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone:   (214) 747-5070
wyatt@fr.com
conrad@fr.com
talebi@fr.com
avers@fr.com

RUFFIN B. CORDELL
*Pro Hac Vice application forthcoming*
FISH & RICHARDSON P.C.
1000 Maine Avenue SW, Suite 1000
Washington, D.C. 20024
Telephone:   (202) 783-5070
cordell@fr.com

SHELBY E. FARRAND
*Pro Hac Vice application forthcoming*
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone:   (713) 654-5300
farrand@fr.com

*Attorneys for Defendants Fertitta Entertainment, LLC; GN NV Holdings, LLC; Golden Landry's, LLC; Golden Nugget Lake Tahoe Hotel and Casino; GNLV, LLC; and GNL, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FORTUNA IP, LLC, a Texas limited-liability company,<br><br>Plaintiffs,<br>vs.<br><br>FERTITTA ENTERTAINMENT, LLC, a Nevada limited liability Company, et al.,<br><br>Defendants. | Case No.:   2:25-cv-01758-APG-MDC<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO FILE A REPLY IN SUPPORT OF THE MOTION TO DISMISS**<br>**(First Request)** |

Defendants Fertitta Entertainment, LLC, GN NV Holdings, LLC, Golden Landry's, LLC,

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

22293.1

Page 1 of 2

Golden Nugget Lake Tahoe Hotel and Casino, GNLV, LLC, and GNL, LLC (collectively, "Defendants"), along with Plaintiff Fortuna IP, LLC stipulate and agree to extend the deadline for Defendants to file a reply in support of their Motion to Dismiss, (ECF No. 65), by seven days. The current deadline for Defendants to file the Reply is May 5, 2026. The extended deadline will be May 12, 2026. This is the first stipulation for an extension regarding this deadline. The minimal extension arises in accord with Local Rule IA 6-1. Good cause supports the minimal extension based upon the complexity of this patent matter and to address the extensive arguments in Plaintiff's Response (spanning twenty-five pages of argument and four Exhibits). Defendants require additional time to review all arguments and draft a comprehensive Reply.

**IT IS SO STIPULATED AND AGREED.**

Dated: May 5, 2026
**KAEMPFER CROWELL**

*/s/ Lyssa S. Anderson*
LYSSA S. ANDERSON
KRISTOPHER J. KALKOWSKI
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

**FISH & RICHARDSON P.C.**
LANCE E. WYATT, JR., *Pro Hac Vice*
DAVID B. CONRAD, *Pro Hac Vice*
RODEEN TALEBI, *Pro Hac Vice*
BRANDON AVERS, *Pro Hac Vice*
RUFFIN B. CORDELL, *Pro Hac Vice application forthcoming*
SHELBY E. FARRAND, *Pro Hac Vice application forthcoming*
**Counsel for Defendants**

Dated: May 5, 2026
**MUSHKIN & COPPEDGE**

*/s/ Approved by Cabrach Conner, Esq.*
L. JOE COPPEDGE
MICHAEL R. MUSHKIN
6070 S. Eastern Ave., Suite 270
Las Vegas, NV 89119

**CONNOR LEE & SHUMAKER PLLC**
CABRACH JOHN CONNOR
JENNIFER TATUM LEE
JOHN SHUMAKER
609 Castle Ridge Road, Suite 450
Austin, TX 78746
**Counsel for Plaintiff**

**ORDER**

**IT IS SO ORDERED.**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: May 6, 2026

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

22293.1

Page 2 of 2